UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

AMERICAN TRANSPORTATION GROUP
INSURANCE RISK RETENTION GROUP,
INC.
                              Plaintiff

v.                                           Civil Action No. 3:22-cv-00236-RGJ

EB EXPRESS, LLC,                                            Defendant

## DEFAULT JUDGMENT

Pursuant to the Court's Order entered this same date granting Plaintiff's motion for default judgment and Federal Rules of Civil Procedure 55 and 58, it is **ORDERED** and **ADJUDGED** as follows:

(1) Plaintiff, American Transportation Group Insurance Risk Retention Group, Inc. shall have default judgment against Defendant, EB Express, LLC as follows: Plaintiff is not obligated to defend or indemnify Defendant, or Defendant's employees, contractors, or agents, against Guy Cerant's claims arising from or relating to the Accident that occurred on or about September 21, 2020.

(2) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(4) The Clerk of Court shall **CLOSE** this case.

November 9, 2022

Rebecca Grady Jennings, District Judge
United States District Court